**United States District Court, Northern District of Illinois**



| Name of Assigned Judge or Magistrate Judge | **JUDGE ANDERSEN** MAGISTRATE JUDGE NOLAN | Sitting Judge If Other than Assigned Judge | **MAGISTRATE JUDGE GERALDINE SOAT BROWN** |
|---|---|---|---|
| CASE NUMBER | 06 GJ 1088 | DATE | August 21, 2008 |
| CASE TITLE | US v. JANET GUIDRY and TANGA GUIDRY | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

MOTION:

## GRAND JURY PROCEEDING

**08CR 670**

The Grand Jury for the _____SPECIAL JUNE 2007_____ Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge _Geraldine Soat Brown_

DOCKET ENTRY:

TO SET PRELIMINARY BAIL AT $4500.00 AND THAT DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND AS TO BOTH DEFENDANTS.

**FILED**
AUG 2 1 2008 TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                     UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices.
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials
Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials
DOCKET#