Order Form (01/2005)

## United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Wayne R Andersen | Sitting Judge if Other than Assigned Judge | Nan R Nolan |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 670 - All | **DATE** | 08/29/08 |
| **CASE TITLE** | USA vs. Janet Guidry & Tanaga Guidry | | |

**DOCKET ENTRY TEXT**

**Initial appearance proceedings held.** Defendants Janet Guidry & Tanaga Guidry appear in response to arrest on 08/29/08. Defendants informed of their rights. Government and defendants agree on certain conditions of release. **Arraignment held.** Defendants informed of their rights. Defendants waive formal reading of the Indictment and both enter pleas of not guilty. Rule 16 conference to be conducted by 09/08/08. Pretrial motion(s) to be filed by 09/22/08. Status hearing before Judge Wayne R Andersen is set for 10/09/08 at 10:00 a.m. Defendants not objecting, time is hereby excluded from 08/29/08 to and including 10/09/08 pursuant to 18 U.S.C. 3161(h)(1) and U.S. v Tibboel, 753 F.2d 608 (7th Cir. 1985). X-T

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | LXS |
|---|---|---|